IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MERLIN AYALA,<br><br>      Plaintiff,<br><br>      vs.<br><br>JOSEPH M. ARPAIO,<br><br>      Defendant. | CIV 05-02250 PHX DGC MEA<br><br>REPORT AND RECOMMENDATION<br>FOR DISMISSAL<br>WITHOUT PREJUDICE |

      Plaintiff filed his complaint on July 27, 2005. On November 1, 2005, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by November 21, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

      Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 60 days of the date that the service order was issued, by December 30, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure. The civil docket in this matter indicates that

1  Plaintiff has failed to return a service packet to the Court, or
2  to acquire a waiver of service from Defendant or to complete
3  service of process on Defendant.
4  　　　　On January 5, 2006, the Court allowed Plaintiff until
5  February 4, 2006, to show cause why this case should not be
6  dismissed for Plaintiff's failure to comply with the Court's
7  order of November 1, 2005, and Plaintiff's failure to effect
8  service of process on Defendants as required by the Court's
9  order of November 1, 2005, and Rule 4, Federal Rules of Civil
10 Procedure.  As of March 6, 2006, Plaintiff has failed to respond
11 to the order to show cause.
12
13 　　　　**THEREFORE, IT IS RECOMMENDED that** Plaintiff's
14 complaint be **dismissed without prejudice** for Plaintiff's failure
15 to comply with Rule 4(m), Federal Rules of Civil Procedure.
16 　　　　DATED this 7th day of March, 2006.

_____
Mark E. Aspey
United States Magistrate Judge

-2-