# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merlin Ayala, | No. CV-05-2250-PHX-DGC (MEA) |
| Petitioner, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Respondent. | |

Pending before the Court are Plaintiff's civil rights complaint and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. ##1, 8. The R&R recommends that the Court dismiss the complaint for failure to comply with Rule 4(m), Federal Rules of Civil Procedure. Doc. #8 at 2.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

1  **IT IS ORDERED:**

2  1.  Magistrate Judge Mark E. Aspey's R&R (Doc. #8 is **accepted**.

3  2.  Petitioner Merlin Ayala's civil rights complaint (Doc. #1) is **dismissed without**

4  **prejudice.**

5  3.  The Clerk of Court shall **terminate** this action.

6  DATED this 10th day of May, 2006.

*David G. Campbell*
United States District Judge